# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2016

153056(43)(44)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PLAZA TOWERS CONDOMINIUM
ASSOCIATION,
   Plaintiff/Counter-Defendant
   -Appellee,

v

CITY OF GRAND RAPIDS,
   Defendant/Counter-Plaintiff
   -Appellant.

SC: 153056
COA: 323937
Kent CC: 2014-005123-CZ

_____/

   On order of the Chief Justice, the motions of defendant-appellant to extend the time for filing its reply and to exceed the page limitation of MCR 7.305(E) and 7.212(G) are GRANTED. The 17-page reply submitted on March 11, 2016, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

  March 18, 2016     

               Clerk